TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
California Bar Number 190414
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-0142
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>      vs.<br><br>$714,550.00 IN U.S. CURRENCY,<br><br>    Defendant. | No. 2:21-cv-5660<br><br>**VERIFIED COMPLAINT FOR FORFEITURE**<br><br>21 U.S.C. § 881(a)(6)<br><br>[D.E.A.] |

Plaintiff United States of America ("the government") brings this claim against the defendant $714,550.00 in U.S. Currency, and alleges as follows:

<u>JURISDICTION AND VENUE</u>

1.    The government brings this <u>in</u> <u>rem</u> civil forfeiture action pursuant to 21 U.S.C. § 881(a)(6).

2.    This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3.    Venue lies in this district pursuant to 28 U.S.C. §
1395.

PERSONS AND ENTITIES

4.    The plaintiff is the United States of America.

5.    The defendant is $714,550.00 In U.S. Currency (the
"defendant currency") seized by law enforcement officers during
a search of the Hacienda Heights, California residence of
Alejandro Gallegos ("Gallegos") and Vanessa Hacied Solis
("Solis") on October 28, 2020.[1]

6.    The defendant currency is currently in the custody of
the United States Marshals Service in this District, where it
shall remain subject to this Court's jurisdiction during the
pendency of this action.

7.    The interests of Gallegos and Solis may be adversely
affected by these proceedings.

FACTS SUPPORTING FORFEITURE

8.    In January 2020, Drug Enforcement Administration
agents initiated a narcotics investigation into a Los Angeles
County-based drug trafficking organization ("DTO") responsible
for smuggling hundreds of kilograms of cocaine and
methamphetamine from Mexico into the United States and
throughout Los Angeles County along with the remittance of
millions of dollars of narcotics proceeds to Mexico.

9.    During the investigation, agents intercepted an
individual (later identified as Gallegos) using cellular

---

[1] Pursuant to Local Rule 5.2-1, only the city and state of the
home address is listed.

telephones for narcotics-related conversations.  Gallegos was determined to be a Los Angeles County-based narcotics coordinator and narcotics proceeds coordinator, distributing hundreds of kilograms of cocaine and methamphetamine throughout Southern California while also coordinating the remittance of narcotics proceeds to Mexico.  As a result of the investigation involving Gallegos and other members of the DTO with whom he works, agents seized approximately $6,700,000 in suspected narcotics proceeds, 573 kilograms of cocaine, 972 pounds of methamphetamine and 10 kilograms of heroin.

10.  In October of 2020, agents obtained authorization for a wire-tap on one of Gallegos' telephones and learned that Gallegos conducted a majority of his narcotics transactions via the mail, including not only sending narcotics through the mail, but also receiving narcotics proceeds through the mail. Gallegos used various locations to ship and receive packages to addresses which were usually discussed via encrypted messaging applications and/or a separate telephone used by Gallegos.

11.  Investigators determined that $125,400 in narcotics proceeds were being sent to Gallegos, with such proceeds set to arrive in the mail (to an unknown location) on October 27, 2020. Throughout the investigation, agents learned that Gallegos would transport packages with narcotics proceeds from the locations to which the proceeds were shipped back to his Hacienda Heights residence, where the proceeds were stored.

12.  On October 27, 2020, based on intercepted conversations involving Gallegos and an unknown individual, agents determined that the unknown individual received a package

containing narcotics proceeds on behalf of Gallegos and informed Gallegos that the package had arrived.   Agents also learned that Gallegos traveled to the unknown individual's location on October 27, 2020 and retrieved the package that had arrived.

13.   On October 28, 2020, agents obtained and executed a state search warrant for Gallegos' Hacienda Heights residence. As a result of the search, investigators located numerous shipping boxes, food-saver wrappings and a food-saver wrapping machine, all of which are material used to store and transport narcotics and narcotics proceeds.   In addition, investigators discovered numerous smaller boxes that appeared to have been removed from the larger shipping boxes.   The smaller boxes contained large sums of U.S. currency that was tightly sealed within food-saver wrappings and tightly wound with rubber bands, both indicators of narcotics trafficking.   Additional currency was found in the following areas of the residence: the garage hidden within multiple boxes; a bedroom dresser within the master bedroom (concealed within a Wells Fargo deposit envelope); the main living room concealed within a shoe box; the closet of the master bedroom concealed within a makeup box; and the spare bedroom closet (located in the south-west portion of the residence) concealed within various bags and articles of clothing.   In total, $714,550.00 in U.S. currency (i.e., the defendant currency) was seized from the residence.

14.   Based on the above, the government alleges that the defendant currency represents or is traceable to proceeds of illegal narcotics trafficking, was intended to be used in one or more exchanges for a controlled substance or listed chemical, or

was used to facilitate one or more exchanges for a controlled substance, in violation of 21 U.S.C. § 841 et seq.  The defendant currency is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff United States of America prays:

(a)  that due process issue to enforce the forfeiture of the defendant currency;

(b)  that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c)  that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

(d)  for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: July 12, 2021      TRACY L. WILKISON
                          Acting United States Attorney
                          SCOTT M. GARRINGER
                          Assistant United States Attorney
                          Chief, Criminal Division
                          STEVEN R. WELK
                          Assistant United States Attorney
                          Chief, Asset Forfeiture Section


                          _____/s/_____
                          JONATHAN GALATZAN
                          Assistant United States Attorney

                          Attorneys for Plaintiff
                          UNITED STATES OF AMERICA

1

**VERIFICATION**

2  I, Bradley Ubovich, hereby declare that:

3  1. I am a Task Force Officer with the Drug Enforcement

4 Administration (the "DEA") and am the case agent for this

5 forfeiture matter.

6  2. I have read the above Verified Complaint for

7 Forfeiture and know its contents.  It is based upon my own

8 personal knowledge and reports provided to me by other law

9 enforcement agents.

10  3. Everything contained in the Complaint is true and

11 correct, to the best of my knowledge and belief.

12  I declare under penalty of perjury that the foregoing is

13 true and correct.

14  Executed July 12, 2021 in JULY  , California.

15

16         Bradley Ubovich

17         TFO-DEA

18

19

20

21

22

23

24

25

26

27

28

6