**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>$714,550.00 in U.S. Currency,<br><br>   Defendant.<br>VANESSA HACIED SOLIS AND ALEJANDRO GALLEGOS,<br><br>   Claimants. | No.  CV 21-5660-DMG (PLAx)<br><br>**CONSENT JUDGMENT OF FORFEITURE [11]** |

   Plaintiff and potential claimants Vanessa Hacied Solis and Alejandro Gallegos have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

   The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS ADJUDGES AND DECREES:

   1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Vanessa

Hacied Solis and Alejandro Gallegos have not filed a claim or answer but would have absent this settlement.  No other claims or answers have been filed, and the time for filing such claims and answers has expired.  This Court has jurisdiction over the parties to this judgment and the defendant currency.  Any potential claimants to the defendant currency other than Vanessa Hacied Solis and Alejandro Gallegos are deemed to have admitted the allegations of the complaint with respect to the defendant currency.

    2. The following shall be returned to Vanessa Hacied Solis and Alejandro Gallegos:  $71,450.00, without interest.

    3. The following shall be forfeited to the United States, including any interest earned on the entire balance of the currency seized from Claimants, and no other right, title, or interest shall exist therein:  $643,095.00.

    4. Vanessa Hacied Solis and Alejandro Gallegos have agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Vanessa Hacied Solis and Alejandro Gallegos against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.  Vanessa Hacied Solis and Alejandro Gallegos have also waived any rights they may have to seek remission or mitigation of the forfeiture.  Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by Vanessa Hacied Solis and Alejandro Gallegos of any liability or wrongdoing.

5. The Court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465.  This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED:  November 2, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE